RICHARD H. RAHM, CA Bar No. 130728
richard.rahm@ogletree.com
MOHAMMAD R. MOJADDIDI, CA Bar No. 322348
mohammad.mojaddidi@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:  415-442-4810

Attorneys for Defendant
ARTECH INFORMATION SYSTEMS L.L.C. and
KAISER FOUNDATION HEALTH PLAN INC.

DAVID D. BIBIYAN, CA Bar No. 287811
david@tomorrowlaw.com
LAUREL HOLMES, CA Bar No. 308515
Laurel@tomorrowlaw.com
BIBIYAN LAW GROUP, P.C.
1460 Westwood Boulevard
Los Angeles, CA 90024
Telephone:  310-438-5555

Attorneys for Plaintiff
ARELY CEDILLO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARELY CEDILLO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE INTERNATIONAL, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-09241<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: October 30, 2024<br>Removed:       September 26, 2025<br>Responsive:   September 22, 2025<br>Trial Date:     None Proposed<br>Judge:         Hon. Anne Hwang |

1

Case No. 2:25-cv-09241-AH-JC

JOINT STATUS REPORT

Plaintiff Arely Cedillo ("Plaintiff") as an individual and on behalf of all others similarly situated, and Defendant Artech Information Services L.L.C. ("Artech"), and Defendant Kaiser Foundation Health Plan Inc. ("KFHP") jointly submit this Joint Status Report

## I.   STATUS OF ARBITRATION

The Parties have agreed that Plaintiff will submit her demand for arbitration to Defendant through Judicate West.  Plaintiff anticipates having submitted the Demand for arbitration no later than Friday, June 19, 2026. The Parties will provide the Court with an update as to the arbitrator and scheduled dates as available and requested.

DATED: June 17, 2026                         BIBIYAN LAW GROUP, P.C.

                                             By:  /s/ Laurel Holmes
                                                  LAUREL HOLMES
                                                  Attorneys for Plaintiff
                                                  ARELY CEDILLO

DATED: June 17, 2026                         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                             By:  /s/ *Mohammad Mojaddidi*
                                                  RICHARD H. RAHM
                                                  MOHAMMAD R. MOJADDIDI
                                                  Attorneys for Defendant
                                                  ARTECH INFORMATION SYSTEMS, LLC and KAISER FOUNDATION HEALTH PLAN, INC.
                                                  *Electronic signature authorized via email on June 17, 2026

JOINT STATUS REPORT